**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     : No. 149 EAL 2019
RESPONENT                                              :
                                                                  :
                                                                  : Petition for Allowance of Appeal from
          v.                                                   : the Order of the Superior Court
                                                                  :
                                                                  :
KIMMY X. WONG,                                     :
                                                                  :
                    Petitioner                          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.